IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LOUIE F. SEDILLO,

    Plaintiff,

v.                                                                                                             No. 18-cv-0616 RB/SMV

HENRY CHAVEZ, CHRISTOPHER GALLAGOES,
NIKOLUS ORTEGA, ANTHONY ALFERO, and
KENNETH SMITH,

    Defendants.

## ORDER ON MOTION TO SUMMONS DEFENDANTS

THIS MATTER is before the Court on Plaintiff's Motion to Summons Defendants and Serve Them with Civil Suite [sic] [Doc. 15], filed on September 5, 2019. The Court denies the Motion without prejudice as premature.

Because Plaintiff is a prisoner proceeding pro se, the Court is obligated to conduct a preliminary screening of the Complaint. *See* 28 U.S.C. § 1915A (2018). Whenever a prisoner brings a civil action against government officials, the Court is obligated to screen the prisoner's complaint or petition. *Id.* Section 1915A states:

> (a) Screening.—The court shall review, before docketing, if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity.
> (b) Grounds for dismissal.—On review, the court shall identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint—
>     (1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or
>     (2) seeks monetary relief from a defendant who is immune from such relief.

*Id.* § 1915A(a), (b). The Court has a similar obligation to screen the complaint when a pro se plaintiff is proceeding without prepayment of fees and costs under 28 U.S.C. § 1915(e)(2):

> Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that—
> (A) the allegation of poverty is untrue; or
> (B) the action or appeal—
> (i) is frivolous or malicious;
> (ii) fails to state a claim on which relief may be granted; or
> (iii) seeks monetary relief against a defendant who is immune from such relief.

*Id.* § 1915(e)(2). Requests for service of process, discovery, and submissions of proof are premature and unavailable prior to the Court's completion of its screening obligation. *See Jones v. Bock*, 549 U.S. 199, 213–14 (2007). If Plaintiffs' Complaint is not dismissed on initial screening, the Court will enter further orders governing service of process, discovery, and scheduling.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Summons Defendants and Serve Them with Civil Suite [sic] [Doc. 15] is **DENIED without prejudice** as premature.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**